UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In the Matter of an Arbitration Between

WEIHAI TEXTILE GROUP IMPORT
AND EXPORT CO. LTD

                          Petitioner,        21 Civ. 11010 (LAK)
                                                      **NOTICE OF MOTION**

- against -

DUCHESSA ENTERPRISE, INC.

                          Respondent.
------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying declaration of Theodore S. Geiger, including the exhibit appended thereto, and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Petitioner Weihai Textile Group & Import and Export Co., Ltd. ("Weihai") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Lewis A. Kaplan, United States District Judge for an Order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure granting Weihai's petition to confirm an arbitral award and entering a default judgment on its behalf.

      In accordance with Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, shall be served within 14 days of the service date of this motion, and Defendant's reply papers, if any, shall be served within 7 days of the service date of the answering papers.

*[Handwritten annotation by Judge: Granted. The Clerk shall enter judgment and close the case.
LEWIS A. KAPLAN, USDJ 5/11/22]*

1

Dated: March 24, 2021
New York, New York

Respectfully submitted,

**BOGC LEGAL PLLC**

By: /s/ *Jiangang Ou*

Jiangang Ou (JO-0926)

3040 Post Oak Blvd, Suite 1800-150
Houston, Texas 77056
(713) 970-1066

By: /s/ *Theodore Geiger*

Theodore S. Geiger (TG-1977)

477 Madison Ave., 6th Floor
New York, New York 10004
(212) 804-8617

*Attorneys for Petitioner Weihai Textile Group Import and Export Co., Ltd.*

2