UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WEIHAI TEXTILE GROUP IMPORT
AND EXPORT CO. LTD.,

                    Petitioner,

     -against-                                      21 **CIVIL** 11010 (LAK)

                                                           **DEFAULT JUDGMENT**

DUCHESSA ENTERPRISE, INC.,

                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 11, 2022, Weihai's petition to confirm an arbitral award is granted; accordingly, the case is closed.

**Dated:**  New York, New York

         May 11, 2022

                                                            **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                      **BY:**

                                                                  **Deputy Clerk**